IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUAN CARLOS RODRIGUEZ-FRANCISCO,** : | CIVIL ACTION NO. 1:21-CV-1180 |
| : | **(Judge Conner)** |
| Petitioner  : | |
| : | |
| v.  : | |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent  : | |

## ORDER

AND NOW, this 17th day of February, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania